UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24556-KMW

FLORENCIO ALVARENGA BARAHONA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
 )
         Plaintiff, )
vs. )
 )
NORTH BEACH TAVERN LLC, d/b/a )
Norman's Tavern, & )
LARA YAGIRO )
 )
         Defendants. )
_____ )

### PLAINTIFF'S STATEMENT OF CLAIM

| Dates Worked | Weeks Worked | Overtime Hours Per-Week | Regular Rate | Overtime Due | Total Without Liquidated Damages | Total With Liquidated Damages | Attorney Hours Invested x $350/hr |
|---|---|---|---|---|---|---|---|
| 6/13/15-6/13/16 | 52 | 12.5 | $10/hr | $5 (half time case) | $3,250 | $6,500 | 2.1 |

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.

                                                                         Jsheskin.jhzidellpa@gmail.com
                                                                         Florida Bar Number: 93028

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on November 14, 2016.

                                            J.H. Zidell, P.A.
                                            300 71st Street, Suite 605
                                            Miami Beach, Florida 33141
                                            Tel: (305) 865-6766
                                            Fax: (305) 865-7167
                                            *Attorneys for Plaintiff*

                                            By: /s/ Joshua Sheskin
                                            Joshua H. Sheskin, Esq.
                                            Jsheskin.jhzidellpa@gmail.com
                                            Florida Bar Number: 93028