**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:16-cv-24556-KMW

FLORENCIO ALVARENGA BARAHONA
and all others similarly situated under 29
U.S.C. 216(b),

      Plaintiff,

v.

NORTH BEACH TAVERN LLC d/b/a
NORMAN'S TAVERN, LARA YAGIRO,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF COMPLIANCE

      Defendants, NORTH BEACH TAVERN LLC and LARA YAGIRO, by and through

their undersigned counsel, file this Notice of Compliance pursuant to the provisions of paragraph

1 of this court's February 9, 2017, Scheduling Order Requiring Mediation, Referring Certain

Matters to Magistrate Judge and Establishing Pre-Trial Procedures [DE #14] and state as

follows:

      Defendants have provided a list of fact witnesses to Plaintiff's counsel by electronic mail

on February 21, 2017.

      Respectfully submitted this 21st day of February, 2017.

            LUBELL & ROSEN, LLC
            *Attorneys for Defendants*
            200 S. Andrews Ave, Suite 900
            Ft. Lauderdale, Florida 33301
            Phone: (954) 880-9500
            Fax: (954) 755-2993
            E-mail:    adi@lubellrosen.com

            By: *s/Adi Amit*_____
                Adi Amit, Esquire
                Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s *Adi Amit*_____
Adi Amit, Esquire

## SERVICE LIST

*Florencio Alvarenga Barahona v. North Beach Tavern LLC, etc., et al.*
S.D. Fla. Case No. 1:16-cv-24556-KMW

Joshua H. Sheskin, Esq.
Jamie H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
jsheskin.jhzidellpa@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiff*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Ave.
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*